AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ALBER VERGAR

Petitioner,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY
and UNITED STATES OF AMERICA,

Respondents.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 2:25-cv-40

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order entered May 14, 2025, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Therefore, Petitioner's 28 U.S.C. § 2241 petition is dismissed without prejudice, and Petitioner is denied in forma pauperis status on appeal. This case stands closed.

Approved by: _____

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Date May 14, 2025



John E. Triplett, Clerk of Court
Clerk

_____
(By) Deputy Clerk